**UNITED STATES FIDELITY AND GUARANTY COMPANY, Plaintiff in Error,**

v.

**Talmadge MAXWELL, Defendant in Error.**

**No. 37711.**

Supreme Court of Oklahoma.

June 10, 1958.

Rehearing Denied Sept. 16, 1958.

Monnet, Hayes & Bullis, Oklahoma City, for plaintiff in error.

Norman & Wheeler, Edwin Langley, Muskogee, Amos T. Hall, Tulsa, for defendant in error.

DAVISON, Justice.

This action, except brought by a different plaintiff to recover damages for personal injuries, is identical, to cause numbered 37,710 styled United States Fidelity and Guaranty Co. v. Walker, Okl., 329 P.2d 852.

Therefore, the syllabus and opinion in said case no. 37,710 is hereby adopted as the syllabus and opinion herein.

Judgment is reversed and garnishee is discharged.

WELCH, C. J., and DAVISON, HALLEY, JOHNSON, WILLIAMS, JACKSON and CARLILE, JJ., concur.

CORN, V. C. J., and BLACKBIRD, J., dissent.